RECEIVED

APR - 4 2012

TONY R. MOORE, CLERK
BY _____
   DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **WILLIE MACK SIGERS** | **CIVIL ACTION NO. 09-1219-P** |
| **VERSUS** | **JUDGE WALTER** |
| **COUNTY MARKET, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against County Market, Ronald Mangham, Kail Abbot and Victor Johnson be **DISMISSED WITH PREJUDICE AS FRIVOLOUS** under 28 U.S.C. § 1915(e) and his civil rights claims seeking monetary compensation for his allegedly unconstitutional arrest and deprivation of his freedom without due process be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met and that Plaintiff's civil rights claims against the State of Louisiana be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 4 day of April 2012.

DONALD WALTER
UNITED STATES DISTRICT JUDGE